ELIZABETH CRAMER, Respondent, v. MARY FOGARTY, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ROSE GAST and Others, Respondents, v. INDEPENDENT TROUSER Co., INC., Appellant, Impleaded with Another.— Judgment appealed from in favor of plaintiff Annie Strauss against defendant, appellant reversed, the action severed, and a new trial ordered against the said plaintiff, with costs to the appellant to abide the event, unless the said plaintiff stipulates to reduce the judgment as entered in her favor to the sum of $1,352.60; in which event the judgment as so modified is affirmed, without costs. Judgment in favor of the plaintiffs Rose Gast and Philip Gast against defendant, appellant affirmed, with costs to the said plaintiffs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

C. LUDWIG BAUMANN, Respondent, v. DEWITT STETTEN and Another, as Trustees, etc., and Another, Respondents, Impleaded with BERENICE L. BAUMANN, Individually and as General Guardian of ELIZABETH BAUMANN and Another, Infants, Appellant.— Order modified by reducing compensation to Guardian ad litem for service rendered subsequent to the judgment, including disbursements, to $1,562.30 (in addition to the $2,000 allowed in the judgment), and as so modified affirmed, with $10 costs and disbursements to the appellant against the plaintiff, respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TERENCE REILLY, Respondent, v. ROBERT H. BARR, Warden of the City Prison and EDWARD P. MULROONEY, Commissioner of Police, etc., Appellants.— Order reversed, the writ dismissed and the relator remanded to custody, on the ground that it satisfactorily appears that the Parole Board of the State of New York, in retaking the relator, acted well within its power. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [143 Misc. 716.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUSTAVE GUILLAUME, Respondent, v. ROBERT H. BARR, Warden of the City Prison and EDWARD P. MULROONEY, Commissioner of Police, etc., Appellants.— Order reversed, the writ dismissed and the relator remanded to custody, on the ground that it satisfactorily appears that the Parole Board of the State of New York, in retaking the relator, acted well within its power. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [143 Misc. 716.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEREMIAH SULLIVAN, Respondent, v. ROBERT H. BARR, Warden of the City Prison and EDWARD P. MULROONEY, Commissioner of Police, etc., Appellants.*— Order reversed, the writ dismissed and the relator remanded to custody, on the ground that the relator received his pardon and restoration to citizenship conditionally and upon the understanding that his release should not in any way interfere with any condition or conditions upon which he was released from imprisonment, and that the relator accepted release upon parole subject to all the rules of the board of parole for State prisons and all laws relating to the parole of prisoners from the New York State prisons. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [143 Misc. 716.]

In the Matter of the Application of FRANK J. HEIMBURGER and Another, as

* Affd., 260 N. Y. 582.

Sole Surviving Administrators c. t. a. of KATHARINA HEIMBURGER, Deceased, Appellants, for a Peremptory Mandamus Order Directing ARTHUR J. W. HILLY, as Corporation Counsel or Chief Law Officer of the City of New York, Respondent, to Institute Proceedings, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of FRANK J. HEIMBURGER and Another, as Sole Surviving Administrators c. t. a. of KATHARINA HEIMBURGER, Deceased, Appellants, for a Peremptory Mandamus Order Directing ARTHUR J. W. HILLY, as Corporation Counsel or Chief Law Officer of the City of New York, Respondent, to Institute Proceedings, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JOSEPH G. F. SQUIRES, Respondent, v. F. B. WILCOX & COMPANY, INC., Defendant, Impleaded with FRANK B. HALL, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that the application for the order of arrest was not made upon proper papers, and that plaintiff's amended complaint, recited in the order, was never, in fact, presented to the court, and had not been served at the time of the defendant's arrest; and upon the further ground that the undisputed facts indicate that, before the commencement of the present action, plaintiff had parted with all interest under the contract between the parties, and that plaintiff was not the proper party in interest in the action. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, v. BERNARD K. MARCUS and Others, Defendants. CHARLES FRANK, a Stockholder, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [144 Misc. 310.]

In the Matter of the Judicial Settlement of the Accounts of JOHN M. GRAHAM and THOMAS G. GRAHAM, as Executors, etc., of ELIZABETH GRAHAM, Deceased, Executrix, etc., of GEORGE GRAHAM, Deceased.— Orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

WILLIAM LANSING, JR., Respondent, v. LONGACRE ENGINEERING AND CONSTRUCTION COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.; Finch, P. J., dissents and votes to reverse and grant motion. The defendant claims an indemnity agreement.

In the Matter of the Application of PATRICK HAYES, Respondent, against THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, Appellant.*— Order reversed, with ten dollars costs and disbursements, and motion denied, with fifty dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE CITY OF NEW YORK, Appellant, v. JAMES J. McCORMICK, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [144 Misc. 245. See post, p. 726.]

FRAW REALTY CO., INC., Appellant, v. MAX N. NATANSON and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

---

* Affd., 260 N. Y. 574.